No. 88–1384. TELUM, INC., ET AL. v. E. F. HUTTON CREDIT CORP. C. A. 10th Cir. Certiorari denied.

No. 88–1392. UGALDE v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 88–1394. STANSEL ET AL. v. AMERICAN SECURITY BANK, N. A. Ct. App. D. C. Certiorari denied.

No. 88–1401. ANGEL ET UX. v. RENN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–1402. FLAYAC v. HUMRICHOUSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1406. INTRA CORP. ET AL. v. HAMAR LASER INSTRU-MENTS, INC. C. A. Fed. Cir. Certiorari denied.

No. 88–1407. DOLENZ v. STUART YACHT BUILDERS, INC. C..A. 11th Cir. Certiorari denied.

No. 88–1409. WALENTAS v. LIPPER ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1411. BOYLE v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 88–1416. BARNTHOUSE v. BARNTHOUSE. Ct. App. Colo. Certiorari denied.

No. 88–1419. LAFFERTY v. ALYESKA PIPELINE SERVICE CO. ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 88–1420. EREBIA v. CHRYSLER PLASTIC PRODUCTS CORP. C. A. 6th Cir. Certiorari denied.

No. 88–1421. MONDOZZI v. AKRON BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 88–1425. TOWNSHIP OF PLYMOUTH, PENNSYLVANIA v. COUNTY OF MONTGOMERY, PENNSYLVANIA. Pa. Commw. Ct. Certiorari denied.